DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SABRINA ELKINS,

Appellant,

v.

PAC WIREGRASS RANCH
d/b/a HORIZON WIREGRASS RANCH,

Appellee.

No. 2D2022-1239

_____

May 10, 2024

Appeal from the County Court for Pasco County; Kent Compton, Judge.

Sabrina Elkins, pro se.

Darren J. Ayoub, Ryan R. McCain, and Donna S. Barfield of Barfield McCain, P.A., West Palm Beach, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.